UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON VASQUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WYNDHAM LAQUINTA, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01474-DAD-BAM<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO APPEAR AND FAILURE TO EFFECTUATE SERVICE<br><br>**TEN (10) DAY DEADLINE** |

On June 18, 2020, Plaintiff Ramon Vasquez ("Plaintiff") filed this complaint in Fresno Superior Court. (Doc. No. 2.) On October 16, 2020, Defendant LQ Management, Inc., removed the action to this Court. (*Id.*) Also on October 16, 2020, this matter was set for an Initial Scheduling Conference on January 14, 2021. (Doc. No. 7.) On January 14, 2021, the Court held the Initial Scheduling Conference. Counsel for Defendant LQ Management, Inc., Jack Henning, appeared. However, Plaintiff failed to appear. Further, the remaining named Defendants Wyndham LaQuinta, Wyndham Hotel Management, Inc., and LaQuinta Franchising, Inc., have not been served pursuant to Fed.R.Civ.P. 4(m).

Pursuant to Local Rule 110, "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." L.R. 110. The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including

1

dismissal of the action. *Bautista v. Los Angeles County*, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, Plaintiff Ramon Vasquez is hereby ORDERED TO SHOW CAUSE in writing within **ten (10) days** of the date of service of this order why sanctions should not be imposed against him for his failure to appear at the January 14, 2021 scheduling conference and his failure to effectuate service.

**Failure to respond to this order will result in the imposition of sanctions, up to and including dismissal of this action for failure to comply with court orders.**

IT IS SO ORDERED.

Dated:   **January 14, 2021**              /s/ Barbara A. McAuliffe            
                                       UNITED STATES MAGISTRATE JUDGE